IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:25-876 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| ROBERT ELLIOTT | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, ROBERT ELLIOTT, who is presently incarcerated at the Anderson County Jail as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_s/Kevin F. McDonald_
UNITED STATES MAGISTRATE JUDGE

July 8, 2025

Greenville, South Carolina

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Jamie L. Schoen (#11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address: jamie.l.schoen@usdoj.gov